UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL NEELY,

    Plaintiff,

v.

CIRCLE K STORES, INC.,

    Defendant.

_____/

CASE NO.: 8:22-cv-02556-MSS-MRM

## PLAINTIFF'S EXPERT WITNESS LIST

Plaintiff, **MICHAEL NEELY**, in compliance with this Court's Case Management and Scheduling Order, lists the following expert witnesses:

1. Johannes V Blom MD PA
   3702 Washington Street, Ste 202
   Hollywood, FL 33021

Although not a retained expert, Plaintiff has listed **Johannes V Blom MD PA** in an abundance of caution. Johannes V Blom MD PA as a treating physician has provided care and treatment to the Plaintiff and is anticipated to testify regarding that treatment including providing opinions regarding causation of **Michael Neely**'s injuries, diagnosis, prognosis and reasonable costs of past and future medical care; and the permanency of **Michael Neely**'s injuries. It is anticipated that Johannes V Blom MD PA will base his testimony on experience and training.  The majority of **Dr. Johannes V Blom MD PA**'s opinions can be found in the corresponding medical records. Alternatively, should defense counsel prefer to depose the Doctor, please notify the undersigned so arrangements can be made as soon as possible.

**EXHIBIT A**

8:22-cv-02556-MSS-MRM

2.    Dr. Roderick Claybrooks
   BioSpine Institute – Lakeland
   439 Florida Ave S STE 300,
   Lakeland, FL 33801

Although not a retained expert, Plaintiff has listed **Dr. Roderick Claybrooks** in an abundance of caution. Dr. Roderick Claybrooks as a treating physician has provided care and treatment to the Plaintiff and is anticipated to testify regarding that treatment including providing opinions regarding causation of **Michael Neely**'s injuries, diagnosis, prognosis and reasonable costs of past and future medical care; and the permanency of **Michael Neely**'s injuries. It is anticipated that Dr. Roderick Claybrooks will base his testimony on experience and training. The majority of **Dr. Roderick Claybrooks**'s opinions can be found in the corresponding medical records. Alternatively, should defense counsel prefer to depose the Doctor, please notify the undersigned so arrangements can be made as soon as possible.

3.    Jeffrey Owens, PA-C
   BioSpine Institute – Lakeland
   439 Florida Ave S STE 300,
   Lakeland, FL 33801

Although not a retained expert, Plaintiff has listed **Jeffrey Owens, PA-C** in an abundance of caution. Jeffrey Owens, PA-C as a physician assistant has provided care and treatment to the Plaintiff and is anticipated to testify regarding that treatment including providing opinions regarding causation of **Michael Neely**'s injuries, diagnosis, prognosis and reasonable costs of past and future medical care; and the permanency of **Michael Neely**'s injuries. It is anticipated that Jeffrey Owens, PA-C will base his testimony on experience and training. The majority of **Jeffrey Owens, PA-C**'s opinions can be found in the corresponding medical records.

8:22-cv-02556-MSS-MRM

Alternatively, should defense counsel prefer to depose the Physician Assistant, please notify the undersigned so arrangements can be made as soon as possible.

4. Dr. Christopher King
   Path Medical
   3117 w. Columbus Drive, Ste 209
   Tampa, FL 33607

Although not a retained expert, Plaintiff has listed **Dr. Christopher King** in an abundance of caution. Dr. Christopher King as a treating physician has provided care and treatment to the Plaintiff and is anticipated to testify regarding that treatment including providing opinions regarding causation of **Michael Neely**'s injuries, diagnosis, prognosis and reasonable costs of past and future medical care; and the permanency of **Michael Neely**'s injuries. It is anticipated that Dr. Christopher King will base his testimony on experience and training. The majority of **Dr. Christopher King**'s opinions can be found in the corresponding medical records. Alternatively, should defense counsel prefer to depose the Doctor, please notify the undersigned so arrangements can be made as soon as possible.

5. Sara Safder, MD
   Radiology Imaging Specialists
   Lakeland Hospital
   1324 Lakeland Hills Blvd,
   Lakeland, FL 3305

Although not a retained expert, Plaintiff has listed **Sara Safder, MD** in an abundance of caution. **Sara Safder, MD** as a treating physician has provided care and treatment to the Plaintiff and is anticipated to testify regarding that treatment including providing opinions regarding causation of **Michael Neely**'s injuries, diagnosis, prognosis and reasonable costs of past and future

- 3 -

8:22-cv-02556-MSS-MRM

medical care; and the permanency of **Michael Neely**'s injuries. It is anticipated that Sara Safder, MD will base his testimony on experience and training. The majority of **Dr. Sara Safder, MD**'s opinions can be found in the corresponding medical records. Alternatively, should defense counsel prefer to depose the Doctor, please notify the undersigned so arrangements can be made as soon as possible.

6. Jesse Law MD
   Path Medical
   3117 W. Columbus Drive, Ste 209
   Tampa, FL 33607

Although not a retained expert, Plaintiff has listed **Jesse Law MD** in an abundance of caution. Jesse Law MD as a treating physician has provided care and treatment to the Plaintiff and is anticipated to testify regarding that treatment including providing opinions regarding causation of **Michael Neely**'s injuries, diagnosis, prognosis and reasonable costs of past and future medical care; and the permanency of **Michael Neely**'s injuries. It is anticipated that Jesse Law MD will base his testimony on experience and training. The majority of **Dr. Jesse Law MD**'s opinions can be found in the corresponding medical records. Alternatively, should defense counsel prefer to depose the Doctor, please notify the undersigned so arrangements can be made as soon as possible.

7. Chintai Desai, MD
   Path Medical Radiology
   3117 W. Columbus Drive, Ste 209
   Tampa, FL 33607

Although not a retained expert, Plaintiff has listed **Chintai Desai, MD** in an abundance of caution. Chintai Desai, MD as a treating physician has provided care and treatment to the

8:22-cv-02556-MSS-MRM

Plaintiff and is anticipated to testify regarding that treatment including providing opinions regarding causation of **Michael Neely**'s injuries, diagnosis, prognosis and reasonable costs of past and future medical care; and the permanency of **Michael Neely**'s injuries. It is anticipated that Chintai Desai, MD will base his testimony on experience and training.  The majority of **Dr. Chintai Desai, MD**'s opinions can be found in the corresponding medical records. Alternatively, should defense counsel prefer to depose the Doctor, please notify the undersigned so arrangements can be made as soon as possible.

8. Plaintiff reserves the right to call any and all experts listed by any parties to this action upon reasonable notice to the parties.

9. Plaintiff reserves the right to object to any and all expert witnesses listed by any other parties to this action.

10. Plaintiff reserves the right to amend this disclosure.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide a notice of electronic filing and a copy of the foregoing to the following:

Jennifer A. Hoffman
Charles R. Frederick
CARR ALLISON
121 S. Orange Ave., Ste. 1500,
Orlando, Florida 32801
JHoffman@CarrAllison.com
RFrederick@CarrAllison.com
KPollak@CarrAllison.com
BBurke@CarrAllison.com
*Attorneys for Circle K Stores, Inc.*

8:22-cv-02556-MSS-MRM

- 6 -

  /s/ *Luis G. Figueroa*
**Luis G. Figueroa, B.C.S.**
Florida Bar No.: 294268
 RUBENSTEIN LAW, P.A.
 Attorneys for Plaintiff
 9130 S. Dadeland Blvd, PH
 Miami, FL 33156
 Tel: (305) 661-6000
 Fax: (305) 670-7555
 Email: lfigueroa@rubensteinlaw.com
       pdelpinsosa@rubensteinlaw.com
       eservice@rubensteinlaw.com